v.

APOTEX, INC. and Apotex Corp., Defendants–Appellees.

No. 2012–1179.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2012.

NUCLIMATE AIR QUALITY SYSTEMS, INC., and James Miller, Plaintiffs–Appellees,

v.

AIRTEX MANUFACTURING PARTNERSHIP (successor in interest to M & I Heat Transfer Products, Ltd.), Defendant–Appellant.

No. 2012–1184.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2012.

Laura W. Smalley, Harris Beach PLLC, of Pittsford, NY, argued for plaintiffs-appellees. With her on the brief was Neal L. Slifkin.

James J. Merek, Merek, Blackmon & Voorhees, LLC, of Alexandria, VA, argued for defendant-appellant. With him on the brief was David H. Voorhees.

BRYSON, DYK, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**